```
                UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NORTH CAROLINA
                       WESTERN DIVISION

                 NO:   7:12-CR-37-FA-10
```

UNITED STATES OF AMERICA

v.                                          <u>ORDER</u>

LUIS RENTERIA


Showing on the court's dockets are two motions to seal documents related to sentencing in defendant's long-closed criminal case. <u>See</u> ECF Nos. 489 and 497. On December 5, 2014, the court entered in an order sealing various documents related to sentencing filed by both parties. <u>See</u> ECF No. 498. However, that order omitted to mention the aforementioned motions. For good cause shown, those motions to seal are **GRANTED**.

The Clerk is directed to send a copy of this Order to counsel of record.

IT IS SO ORDERED this 31st day of March, 2021 <u>nunc pro tunc</u> to December 5, 2014.

                                        ENTER:

                                        David A. Faber
                                        Senior United States District Judge