UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

NO: 7:12-CR-37-FA-10
    7:18-CV-24-FA

UNITED STATES OF AMERICA

v.                              <u>JUDGMENT ORDER</u>

LUIS RENTERIA

    The United States' motion to dismiss (ECF No. 913) is **GRANTED** and Renteria's Motions to Vacate (ECF Nos. 908 and 912) are **DENIED**. This case is **DISMISSED** and the court is directed to remove it from the court's active docket.[*]

    The Clerk is further directed to send a copy of this Order to counsel of record and Mr. Renteria.

    IT IS SO ORDERED this 31st day of March, 2021.

                          ENTER:

                          */s/ David A. Faber*
                          David A. Faber
                          Senior United States District Judge

---

[*] The Motion for an Evidentiary Hearing (ECF No. 918) is **DENIED** and the Motions to Amend (ECF Nos. 938 and 986) are **GRANTED**.